John N. Frye (SBN: 45191)
Law Offices of John N. Frye
411 Borel Ave. Suite 500
San Mateo, CA 94402-3520
Telephone:  (650) 577-0889
Facsimile:   (650) 345-9875

Attorneys for Plaintiff
SARDA KUMAR


C. Mark Humbert (SBN: 111093)
Horace W. Green (SBN: 115699)
GREEN & HUMBERT
220 Montgomery Street, Suite 438
San Francisco, California 94104
Telephone: (415) 837-5433
Facsimile:   (415) 837-0127

Attorneys for Defendants
UNUM LIFE INSURANCE COMPANY OF AMERICA
and SUTTER HEALTH EMPLOYEE BENEFITS PLAN

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SARDA KUMAR,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>UNUM LIFE INSURANCE COMPANY OF AMERICA AND SUTER HEALTH EMPLOYEE BENEFITS PLAN, and DOES 1-50, inclusive,<br><br>　　　　　Defendants. | Case No. C 09-00286 CRB<br><br>**STIPULATION TO DISMISSAL AND DISMISSAL OF ACTION** |

1  Plaintiff SARDA KUMAR and Defendants UNUM LIFE INSURANCE
2  COMPANY OF AMERICA and SUTTER HEALTH EMPLOYEE BENEFITS PLAN, by
3  and through their respective counsel of record, hereby stipulate that this action be, and
4  hereby is, dismissed with prejudice as to all parties with respect to all claims for relief.
5  Each party to bear its own costs of suit.

6

7  DATED: December 1, 2009                          **GREEN & HUMBERT**

8

9                                                  By: ___/s/ C. Mark Humbert___
                                                       C. MARK HUMBERT
10                                                     Attorneys for Defendant
                                                       INSITE VISION INCORPORATED
11                                                     LONG TERM DISABILITY PLAN

12

13  DATED: December 1, 2009                        **LAW OFFICES OF JOHN N. FRYE**
14

15
                                                   By: _____
16                                                     JOHN N. FRYE
                                                       Attorneys for Plaintiff
17                                                     SARDA KUMAR

18

19
                                        **ORDER**
20
    Good cause appearing,
21
    **IT IS HEREBY ORDERED**
22
    That this matter be, and hereby is, dismissed with prejudice.  Each party to
23
    bear its own costs of suit.
24

25
    Dated:  December 7, 2009
26
                                                   _____
27                                                 Charles R. Breyer
                                                   United States District Judge
28

                                         -2-
             Stipulation to Dismissal and Dismissal of Action - Case No. C 09-00286 CRB

*IT IS SO ORDERED — Judge Charles R. Breyer*